No. 03–1566. ORFF ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 03–1693. MCCREARY COUNTY, KENTUCKY, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari granted.

No. 03–1696. EXXON MOBIL CORP. ET AL. *v.* SAUDI BASIC INDUSTRIES CORP. C. A. 3d Cir. Certiorari granted.

No. 03–9877. CUTTER ET AL. *v.* WILKINSON, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–70. EXXON MOBIL CORP. *v.* ALLAPATTAH SERVICES, INC., ET AL. C. A. 11th Cir.; and

No. 04–79. DEL ROSARIO ORTEGA ET AL. *v.* STAR-KIST FOODS, INC. C. A. 1st Cir. Certiorari in No. 04–70 granted limited to Question 1 presented by the petition. Certiorari in No. 04–79 granted. Cases consolidated, and a total of 90 minutes is allotted for oral argument.

No. 04–163. LINGLE, GOVERNOR OF HAWAII, ET AL. *v.* CHEVRON U. S. A. INC. C. A. 9th Cir. Certiorari granted.

No. 03–1520. LEE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–1579. RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. *v.* VERIZON INTERNET SERVICES, INC.; and

No. 03–1722. VERIZON INTERNET SERVICES, INC. *v.* RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. C. A. D. C. Cir. Certiorari denied.

No. 03–1585. BOXER ET AL. *v.* COX ET UX. C. A. 9th Cir. Certiorari denied.